UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA SANTIAGO, Unit Supervisor at Coalinga State Hospital,<br><br>Defendant. | No. 1:16-cv-01065-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. Nos. 22, 24) |

Plaintiff Michael B. Williams is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed due to plaintiff's failure to state a claim in his third amended complaint. (Doc. No. 24.) The findings and recommendations were served by mail upon plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) The mail directed to plaintiff was returned to the court as undeliverable on March 15, 2019. Any notice of change of address to be filed by plaintiff was therefore due no later than May 23, 2019. Plaintiff has failed to file a notice of change of address or any objections to the findings and recommendations, and the time in

1

which to do so has now long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 6, 2019, (Doc. No. 24), are adopted in full;
2. Plaintiff's action is dismissed with prejudice due to plaintiff's failure to state a claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 19, 2019**

UNITED STATES DISTRICT JUDGE